Stone, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on Rubin v. Cohen, 129 App. Div. 395, 113 N. Y. Supp. 843, and Syme v. Terry & Tench, 125 App. Div. 610, 110 N. Y. Supp. 25. Order filed.

DOUGLAS, Appellant, v. REILLY, Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Willard M. Douglas against Annie M. Reilly.
PER CURIAM. Judgment and order affirmed, with costs to respondent.
SMITH, P. J., dissents.

DOWNIE, Appellant, v. NEW YORK & E. R. FERRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Susan Downie, as administratrix, etc., of Thomas W. Downie, deceased, against the New York & East River Ferry Company.
PER CURIAM. Order affirmed, with costs. HIRSCHBERG, J., dissents.

DOYLE v. HAMILTON FISH CO. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Alexander Doyle against the Hamilton Fish Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1114.

DRUCKLIEB v. HARRIS. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Julius C. Drucklieb against Sam H. Harris. No opinion. Motion granted. Question certified. Order filed. See, also, 140 N. Y. Supp. 60.

DUNN, Respondent, v. HOLME, Appellant. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Sarah S. Dunn against Lizzie H. Holme. A. Levy, of New York City, for appellant. M. M. Schlesinger, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

DZKOWSKI, Appellant, v. REYNOLDS-VILLE CARTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Theodore Dzkowski against the Reynoldsville Carting Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury.

EASTMAN KODAK CO., Respondent, v. GENNERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by the Eastman Kodak Company against Maurice Gottlieb Gennert and others.
PER CURIAM. Judgment modified as to the appealing defendants, by eliminating therefrom the provision, "And from putting out, selling, distributing, giving away, or offering for sale, as 'Kodak Acid Fixing Powder,' any acid fixing powder other than that put upon the market by the plaintiff, Eastman Kodak Company, in plaintiff's cartons," and, as thus modified, affirmed, without costs of this appeal to either party. See, also, 145 App. Div. 903, 904, 129 N. Y. Supp. 1120. Reargument denied, 140 N. Y. Supp. 1117.
McLENNAN, P. J., dissents, and votes for affirmance. FOOTE, J., not sitting.

EASTMAN KODAK CO., Respondent, v. GENNERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by the Eastman Kodak Company against Maurice Gottlieb Gennert and others. No opinion. Motion for reargument (of 140 N. Y. Supp. 1117) denied, with $10 costs. Motion to amend decision denied.

EDINGER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Norman Edinger, an infant, etc., against the City of Buffalo.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., dissents. LAMBERT, J., not sitting.

ELIAS, Respondent, v. ALLEGHENY PLATE GLASS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Joseph Elias against the Allegheny Plate Glass Company. H. Aaron, of New York City, for appellant. N. S. Goetz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELLIS, Appellant, v. MILLER et al., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Herman Ellis against Leopold Miller and others. T. G. Strong, of New York City, for appellant. M. S. Guiterman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re ENGEL. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) In the matter of the application to revoke the letters testamentary of Gesine Engel, as executrix, etc., in which Henry Doscher and others appeal. No opinion. Motion denied,